Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE NORGLE | Sitting Judge if Other Than Assigned Judge | MAGISTRATE JUDGE VALDEZ Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 07CR 739 07 GJ 1041 | DATE | NOVEMBER 8, 2007 |
| CASE TITLE | US v. MIGUEL CINTORA-FERREIRA | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

GRAND JURY PROCEEDING

SPECIAL AUGUST 2006-2

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____ Maria Valdez _____

KC FILED
NOV 08 2007
NOV 08 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Docket Entry:

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. DEFENDANT IS CURRENTLY IN THE ADMINISTRATIVE CUSTODY OF IMMIGRATION & CUSTOMS ENFORCEMENT AGENCY.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#