## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 739 - 1 | **DATE** | 11/27/2007 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. MIGUEL CINTORA FERREIRA | | |

**DOCKET ENTRY TEXT**

Arraignment held.  Defendant enters a plea of not guilty as to all counts.  16.1 conference to be held within 14 days.  Status hearing is set for 12/21/2007 at 9:30 a.m.  Time is excluded until 12/21/2007.  (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | EF |
|---|---|---|