## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                     Plaintiff,

v.                                                 Case No.: 1:07–cr–00739
                                                        Honorable Charles R. Norgle Sr.

Miguel Cintora–Ferreira

                     Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 21, 2007:

    MINUTE entry before Judge Charles R. Norgle Sr.:Status hearing held on 12/21/2007. Counsel for the defendant did not appear. Jury trial is set for 2/26/2008 at 9:30 a.m. Mailed notice (ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.