## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 739 | **DATE** | 2/11/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. MIGUEL CINTORA-FERREIRA | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held.  The defendant withdraws his plea of not guilty and enters a plea of guilty as charged in the indictment.  The defendant is informed of his rights. Judgment of guilty is entered. Case is referred to the probation department for a presentence investigation.  Sentencing is set for 6/20/2008 at 10:30 a.m.

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | EF |
|---|---|---|