# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA
                                  Plaintiff,

v.                                                   Case No.: 1:07–cr–00739
                                                           Honorable Charles R. Norgle Sr.

Miguel Cintora–Ferreira
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr. as to Miguel Cintora–Ferreira: Sentencing date is rescheduled from 6/20/2008 to 7/1/2008 at 10:00 a.m. Telephoned/mailed notice (ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.