Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 739 | **DATE** | 6/18/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. MIGUEL CINTORA-FERREIRA | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | HF |
|---|---|---|---|

FILED
2008 JUN 20 AM 7:15
U.S. DISTRICT COURT