## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                              Case No.: 1:07−cr−00739
                                                Honorable Charles R. Norgle Sr.

Miguel Cintora−Ferreira

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 30, 2008:

        MINUTE entry before the Honorable Charles R. Norgle, Sr. as to Miguel
Cintora−Ferreira: Sentencing is rescheduled from 7/1/2008 to 7/18/2008 at 10:00 A.M.
Mailed notice (ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.