## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 739 | **DATE** | 6/30/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. MIGUEL CINTORA-FERREIRA | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order.

■ [ For further detail see separate order(s).]      Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|