

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 07 CR 739 |
| v. | ) |
| | ) Judge Charles Norgle Jr. |
| MIGUEL CINTORA-FERREIRA | ) |

### AGREED ORDER

The defendant, , MIGUEL CINTORA-FERREIRA, by the Federal Defender Program and its attorney, PAUL FLYNN, moves this Court for a continuance of the sentencing date currently set for June 1, 2008. Defendant respectfully requests that the sentencing be moved until the morning of July 18, 2008. A brief extension of time is necessary to obtain and review documents for the defendant's response to the Pre-Sentence report. Counsel for the defendant has spoken with AUSA Stephen Kubiatowski and he has no objection to this order.

Wherefore, for the foregoing reasons, the defendant requests that the sentencing date be changed to July 18, 2008.

Entered: _____
Judge Charles Norgle Jr.
United States District Court

Date: 6/30/08