Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 739 | DATE | 7/17/2008 |
| CASE TITLE | UNITED STATES vs. MIGUEL CINTORA-FERREIRA | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|