IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA    )
    )
    ) No. 07 CR 739
v.    )
    ) Judge Charles Norgle Jr.
MIGUEL CINTORA-FERREIRA    )

### AGREED ORDER

The defendant, MIGUEL CINTORA-FERREIRA, by the Federal Defender Program and

its attorney, PAUL FLYNN, moves this Court for a continuance of the sentencing date currently set

for July 18, 2008. Defendant respectfully requests that the sentencing be moved until the morning of

August 28, 2008. A brief extension of time is necessary to obtain and review documents for the

defendant's response to the Pre-Sentence report. Counsel for the defendant has spoken with AUSA,

Stephen Kubiatowski, and he has no objection to this order. Wherefore, for the foregoing reasons, the

defendant requests that the sentencing date be changed to August 28, 2008.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy,
Executive Director

By: _____
Paul Flynn
Attorney for Defendant

*Charles R Kongle*
Judge 7/17/2008

Paul Flynn
FEDERAL DEFENDER PROGRAM
55 East Monroe Street
Suite 2800
Chicago, Illinois 60603

1