Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 739 | **DATE** | 8/20/2008 |
| **CASE TITLE** | United States of America vs. Miguel Cintora-Ferreira | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order Continuing Sentencing.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 AUG 20 PM 2:09
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | EP |
|---|---|---|