HHN

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 07 CR 739 |
| v. | ) |
| | ) Judge Charles Norgle Jr. |
| MIGUEL CINTORA-FERREIRA | ) |

### AGREED ORDER CONTINUING SENTENCING

This matter having come before the Court on the parties request to continue the sentencing hearing in this matter set for August 28, 2008 to September 25, 2008. A brief extension of time is necessary to obtain and review documents for the defendant's response to the Pre-Sentence Report. Counsel for the defendant has spoken with AUSA Stephen Kubiatowski and he has no objection to this order.

**IT IS HEREBY ORDERED**; that the sentencing date of August 28, 2008, is stricken and September 25, 2008, is set as the date for Mr. Miguel Cintora-Ferreira's sentencing hearing.

Entered: _____Charles Norgle_____
Judge Charles Norgle
United States District Court

Dated: 8/20/08